IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CYNDI KING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:17-cv-2922-K |
| | § | |
| JUDGE SHANNON, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed Documents 15, 16, and 17, which the Court will liberally construe as Objections. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore DENIES Plaintiff Cyndi King's motion for leave to proceed *in forma pauperis* as her interlocutory appeal [Dkt. No. 10] and, for the reasons stated in the findings, conclusions, and recommendation, CERTIFIES under Federal Rule of Appellate Procedure 24(a)(3)(A) and 28 U.S.C. § 1915(a)(3)

that King's interlocutory appeal is not taken in good faith.

SO ORDERED.

Signed December 5th, 2017.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE